UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

CIVIL ACTION NO. 17-85-HRW

JAMES MERRIMAN,                                                                      PLAINTIFF,

v.                                            **ORDER**

WRIGHT TREE SERVICE, INC.,                                                DEFENDANT.

This matter is before the Court upon the parties' Joint Stipulation of Dismissal [Docket No. 11].

Accordingly, **IT IS HEREBY ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE** and this matter is **STRICKEN** from the active docket of the Court.

This 2nd day of January, 2018.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge